```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _5/2/2023_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
SERVICE EMPLOYEES INTERNATIONAL
UNION, LOCAL 32BJ,

                Plaintiff,

-against-

HARVARD MAINTENANCE SERVICES,

                Defendant.

23 Civ. 3571 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On April 28, 2023, Plaintiff filed a complaint to enforce an arbitration award. ECF No. 1. Proceedings to confirm an arbitration award must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co., Inc. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). Accordingly, it is ORDERED that:

1. By **June 6, 2023**, Plaintiff shall file and serve a statement pursuant to Local Civil Rule 56.1 and any additional materials with which they intend to support the complaint, including memoranda of law, the arbitration award, supporting documents, and any affidavits or declarations attesting that the exhibits are true and correct copies of what they purport to be;

2. By **June 27, 2023**, Defendant shall file its opposition papers; and

3. By **July 11, 2023**, Plaintiff shall file and serve its reply, if any.

    IT IS FURTHER ORDERED that by **May 16, 2023**, Plaintiff shall serve a copy of the complaint and this order upon Defendant by personal service on an officer, director, managing or general agent, or cashier or assistant cashier or to any other agent authorized by appointment or by law to receive service, pursuant to N.Y. C.P.L.R. § 311, and upon the secretary of state, pursuant to N.Y. Bus. Corp. Law § 306. By **June 6, 2023**, Plaintiff shall file an affidavit of such service.

    SO ORDERED.

Dated: May 2, 2023
       New York, New York

                                                ANALISA TORRES
                                     United States District Judge